# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 6:21-CR-00138** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **BRIAN BROUSSARD (01)** **SHALLA ADAMS (02)** | **MAGISTRATE JUDGE PATRICK J. HANNA** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION [Doc. 85] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that, in accordance with the REPORT AND RECOMMENDATION filed in this matter, the MOTION TO SEVER [Doc. 78] now before the Court is DENIED.

Signed at Lafayette, Louisiana, on this 15th day of June, 2022.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE