UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**UNITED STATES OF AMERICA**

**CRIMINAL ACTION**

**VERSUS**

**NO. 6:21-CR-00138-DCJ-PJH**

**BRIAN BROUSSARD**

## O R D E R

CONSIDERING THE FOREGOING, MOTION TO SUPPRESS EVIDENCE & STATEMENTS:

IT IS ORDERED that the Glock 17 9mm TDW343 be suppressed from evidence at trial.

Lafayette, Louisiana this _____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE