

GOVERNMENT
EXHIBIT
6