**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE DIVISION**

**UNITED STATES OF AMERICA**

**VERSUS**

**BRIAN BROUSSARD**

**CRIMINAL ACTION**

**NO. 6:21-CR-00138-DCJ-DJA**

**DEFENDANT'S NOTICE OF APPEAL**

NOW INTO COURT, comes André R. Bélanger, attorney for defendant, BRIAN BROUSSARD, who, on behalf of Mr. Broussard, pursuant to Rule 4(b) of the Federal Rules of Appellate Procedure, appeal to the United States Court of Appeals for the Fifth Circuit his sentence imposed on February 17, 2023 and the denial of his Motion to Suppress Evidence and Statements on September 29, 2022.

Respectfully submitted:

**MANASSEH, GILL, KNIPE & BÉLANGER, P.L.C.**

s/ André Bélanger
ANDRÉ BÉLANGER
Louisiana Bar No. 26797
8075 Jefferson Highway
Baton Rouge, LA  70809
(225) 383-9703 Telephone
(225) 383-9704 Facsimile

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE DIVISION**

**UNITED STATES OF AMERICA**

**CRIMINAL ACTION**

**VERSUS**

**NO. 6:21-CR-00138-DCJ-DJA**

**BRIAN BROUSSARD**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing Defendant's Notice of Appeal

has this day been electronically filed by using the CM/ECF which will send a notice of electronic

filing to opposing counsel in the United States Attorney's Office.

Baton Rouge, Louisiana, this 3rd day of March, 2023.

s/ André Bélanger
ANDRÉ BÉLANGER